### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CRYSTAL M. GIVENS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO. 05-CV-612-FHM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| DEFENDANT. | ) |

### ORDER

This case is hereby reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) in accordance with the 10th Circuit Court of Appeals' Order and Judgment dated October 18, 2007, and filed in this Court on December 10, 2007.

SO ORDERED this 11th day of December, 2007.

_Frank H. McCarthy_
FRANK H. MCCARTHY
UNITED STATES MAGISTRATE JUDGE